# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23

IN UNITED STATES ☑ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)
IN THE CASE OF: US vs. Gerardo Ortiz
FOR
AT

LOCATION NUMBER

PERSON REPRESENTED (Show your full name): Gerardo Ortiz a/k/a Alejandro Rosa

1 ☑ Defendant—Adult
2 ☐ Defendant—Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify)

DOCKET NUMBERS
Magistrate: 04-1685-CBS
District Court:
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →): Conspiracy to possess cocaine with intent to distribute
☑ Felony
☐ Misdemeanor

## ASSETS

**EMPLOYMENT**
Are you now employed? ☐ Yes ☑ No ☐ Am Self Employed
Name and address of employer: _____
IF YES, how much do you earn per month? $_____
IF NO, give month and year of last employment. How much did you earn per month $_____
If married is your Spouse employed? ☐ Yes ☐ No — Not married
IF YES, how much does your Spouse earn per month $_____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income $_____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☑ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
RECEIVED $_____
SOURCES _____

**CASH**
Have you any cash on hand or money in savings or checking account ☐ Yes ☑ No  IF YES, state total amount $_____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☑ No
IF YES, GIVE VALUE AND DESCRIBE IT
VALUE $_____
DESCRIPTION _____

## OBLIGATIONS & DEBTS

**DEPENDENTS**
MARITAL STATUS:
☑ SINGLE
☐ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED
Total No. of Dependents: _____
List persons you actually support and your relationship to them: _____

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)
Creditors — APARTMENT OR HOME: _____
Total Debt $_____  Monthly Payt. $_____

I certify the above to be correct.

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ Alejandro Rosa    6/2/04